UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIE LEROY DECKARD | CIVIL ACTION NO. 13-0821-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DAVID NELSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 19th day of November, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE